IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3087 |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN MANUEL ARRIOLA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

On the court's own motion,

IT IS ORDERED:

The change of plea is rescheduled for September 16, 2008 at 2:30 p.m. before undersigned magistrate judge in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

DATED:  June 4, 2008

BY THE COURT

s/ David L. Piester

David L. Piester
United States Magistrate Judge