```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,        )
                                 )
              Plaintiff,         )          4:08CR3087
                                 )
         v.                      )
                                 )
JOHN MANUEL ARRIOLA,             )              ORDER
                                 )
              Defendant.         )
                                 )
```

IT IS ORDERED:

Defendant's motion to restrict, filing no. 33, is granted
and the motion to review detention (filing no. 34) shall remain
filed as a restricted document.

DATED this 9th day of October, 2008.

BY THE COURT:

s/ David L. Piester

David L. Piester
United States Magistrate Judge