```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )          4:08CR3087
                               )
       v.                      )
                               )              ORDER
JOHN MANUEL ARRIOLA,           )
                               )
              Defendant.       )
                               )
```

    Defendant has pleaded guilty and his plea has been accepted. Since he has been found guilty, 18 U.S.C 3143 prohibits his release except in extenuating circumstances. None has been shown here.

    IT THEREFORE HEREBY IS ORDERED,

    The motion, filing no. 34, is denied.

    DATED this 10th day of October, 2008.

                                         BY THE COURT:

                                         s/ *David L. Piester*
                                       David L. Piester
                                       United States Magistrate Judge