IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3087 |
| | ) | |
| V. | ) | |
| | ) | ORDER |
| JOHN MANUEL ARRIOLA, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the government's motion for extension of time (filing 41) is granted. The government shall have until December 3, 2008 to respond to the defendant's motion for variance.

December 2, 2008.

BY THE COURT:

*S/Richard G. Kopf*
United States District Judge